M.D. Appeal Dkt.
9 MAP 2017

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 637 MAL 2016
      :
       Respondent           :
      :  Petition for Allowance of Appeal from
      :  the Order of the Superior Court
      v.          :
      :
      :
RANDY JESUS VALDIVIA,    :
      :
       Petitioner          :

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of February, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Whether, in a case of first impression, the Superior Court erred in holding that a reasonable person would have understood that their consent to a roadside search of their vehicle would encompass a canine sniff of all of the packages contained inside the vehicle, and that said consent was knowing, intelligent, and voluntary where the police officers withheld pertinent information about the forthcoming search from Petitioner, including that the canine search would not start any sooner than an hour from when Petitioner's consent was given?